**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)                    Case Number **13–08950**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/7/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael B Simon
795 Rosedale Ave.
Roselle, IL 60172

| | |
|---|---|
| Case Number:  13−08950<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9900 |
| Attorney for Debtor(s) (name and address):<br>Edward C Pacilli<br>1060 Lake St., Suite 100<br>Hanover Park, IL 60133<br>Telephone number:  630−894−5600 | Bankruptcy Trustee (name and address):<br>David R Brown ESQ<br>Springer Brown Covey Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Telephone number:  630 510−0000 |

## Meeting of Creditors:
Date: **March 29, 2013**                              Time: **01:30 PM**

Location:  **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 5/28/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date:  March 8, 2013 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-08950-DRC
Michael B Simon                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lrafacz          Page 1 of 4          Date Rcvd: Mar 08, 2013
                              Form ID: b9a           Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2013.
db          +Michael B Simon,    795 Rosedale Ave.,    Roselle, IL 60172-2959
20145256    +Aes/nct,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
20145257    +Amer Coll Co/ACC International,    Acc International,    919 Estes Ct.,    Schaumburg, IL 60193-4427
20145262    +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
20145267    +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
20145276    +Ccs/cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
20145281    +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
20145285     Elan Financial Service,    Cb Disputes,    St Louis, MO 63166
20145297    +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
20145304    +Keybank Na,    Po Box 94825,    Cleveland, OH 44101-4825
20145307   ++LADCO LEASING,    7300 CHAPMAN HIGHWAY,    KNOXVILLE TN 37920-6612
             (address filed with court: Ladco Leasing,    555 St Charles Dr,    Suite 200,
             Thousand Oaks, CA 91360)
20145309    +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
20145310     Mid Amer Fsl,    55th And Holmes,    Clarendon Hill, IL 60514
20145312    +Ncofin/79,    Pob 15943,    Wilmington, DE 19850-5943
20145314    +Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
20145315    +Plaza Bank,    7460 W Irving Pk R,    Norridge, IL 60706-2187
20145317    +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
20145324    +Sentry Credt,    Po Box 12070,    Everett, WA 98206-2070
20145327    +Tcf Mortgage Corporati,    Attn: Legal Dept,    801 Marquette Ave,    Minneapolis, MN 55402-3475
20145334    +Village Bank,    3350 Bridge St Nw,    Saint Francis, MN 55070-9732
20145335    +Village Bank And Trust,    3350 Bridge St Nw,    Saint Francis, MN 55070-9732


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: lmcino@hotmail.com Mar 09 2013 02:42:38     Edward C Pacilli,
             1060 Lake St., Suite 100,    Hanover Park, IL  60133
tr          +EDI: QDRBROWN.COM Mar 09 2013 02:08:00     David R Brown, ESQ,
             Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,    Suite 330,
             Wheaton, IL 60187-4547
20145258    +EDI: ACCE.COM Mar 09 2013 02:08:00     Asset Accept,    Po Box 1630,    Warren, MI 48090-1630
20145259    +EDI: ACCE.COM Mar 09 2013 02:08:00     Asset Acceptance Llc,    Po Box 1630,
             Warren, MI 48090-1630
20145265    +EDI: BANKAMER.COM Mar 09 2013 02:08:00     Bank Of America,    Attention: Recovery Department,
             4161 Peidmont Pkwy.,    Greensboro, NC 27410-8110
20145266    +EDI: BANKAMER.COM Mar 09 2013 02:08:00     Bankamerica,    Mc: Nc4-105-03-14,    4161 Piedmont Pkwy,
             Greensboro, NC 27410-8110
20145273    +E-mail/Text: bankruptcy@cavps.com Mar 09 2013 04:56:53     Calvary Portfolio Services,
             Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
20145274    +EDI: CAPITALONE.COM Mar 09 2013 02:08:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
20145278    +E-mail/Text: contact@csicollects.com Mar 09 2013 02:49:38     Certified Services Inc,
             1733 Washington St Ste 2,    Waukegan, IL 60085-5192
20145277    +E-mail/Text: contact@csicollects.com Mar 09 2013 02:49:38     Certified Services Inc,
             Po Box 177,    Waukegan, IL 60079-0177
20145279    +EDI: CHASE.COM Mar 09 2013 02:08:00     Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,
             Wilmington, DE 19850-5298
20145280    +EDI: CITICORP.COM Mar 09 2013 02:08:00     Citibank Usa,
             Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,    Kansas City, MO 64195-0507
20145283     EDI: DISCOVER.COM Mar 09 2013 02:08:00     Discover Fin,    Po Box15316,    Wilmington, DE 19850
20145284    +EDI: TSYS2.COM Mar 09 2013 02:08:00     Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20145287    +E-mail/Text: bknotice@erccollections.com Mar 09 2013 04:39:58     Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20145290    +EDI: RMSC.COM Mar 09 2013 02:08:00     GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
20145288    +EDI: RMSC.COM Mar 09 2013 02:08:00     Gecrb/gap,    Po Box 965005,    Orlando, FL 32896-5005
20145294    +EDI: RMSC.COM Mar 09 2013 02:08:00     Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
20145295    +EDI: RMSC.COM Mar 09 2013 02:08:00     Gemb/Mens Wearhouse,    Attn: bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
20145293    +EDI: RMSC.COM Mar 09 2013 02:08:00     Gemb/avb Buying Group,    Attention: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
20145296    +EDI: RMSC.COM Mar 09 2013 02:08:00     Gembppbycr,    Gemb/Attn: Bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
20145298    +E-mail/Text: bknoticing@grantweber.com Mar 09 2013 04:38:51     Grant & Weber,
             26575 W. Agoura Rd.,    Calabasas, CA 91302-2975
20145301    +EDI: HFC.COM Mar 09 2013 02:08:00     Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
20145303    +EDI: HFC.COM Mar 09 2013 02:08:00     Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
20145308    +EDI: RESURGENT.COM Mar 09 2013 02:08:00     Lvnv Funding Llc,    Po Box 740281,
             Houston, TX 77274-0281
20145311    +EDI: MID8.COM Mar 09 2013 02:08:00     Midland Funding,    8875 Aero Dr Ste 200,
             San Diego, CA 92123-2255

```
District/off: 0752-1          User: lrafacz          Page 2 of 4          Date Rcvd: Mar 08, 2013
                             Form ID: b9a            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20145313     +E-mail/Text: bnc@nordstrom.com Mar 09 2013 02:47:38      Nordstrom FSB,
              Attention: Account Services,  Po Box 6566,  Englewood, CO 80155-6566
20145316      EDI: PRA.COM Mar 09 2013 02:08:00      Portfolio Recovery,  Attn: Bankruptcy,  Po Box 41067,
              Norfolk, VA 23541
20145319     +EDI: SALMAESERVICING.COM Mar 09 2013 02:08:00      Sallie Mae,  Attn: Claims Department,
              Po Box 9500,  Wilkes-Barre, PA 18773-9500
20145320     +EDI: RMSC.COM Mar 09 2013 02:08:00      Sams Club / GEMB,  Attention: Bankruptcy Department,
              Po Box 103104,  Roswell, GA 30076-9104
20145323     +EDI: SEARS.COM Mar 09 2013 02:08:00      Sears/cbsd,  Po Box 6282,  Sioux Falls, SD 57117-6282
20145330      EDI: TFSR.COM Mar 09 2013 02:08:00      Toyota Motor Credit,  Toyota Financial Services,
              Po Box 8026,  Cedar Rapids, IA 52408
20145325     +EDI: WTRRNBANK.COM Mar 09 2013 02:08:00      Target Credit Card (TC),
              C/O Financial & Retail Services,  Mailstop BT   P.O. Box 9475,  Minneapolis, MN 55440-9475
20145329     +EDI: WTRRNBANK.COM Mar 09 2013 02:08:00      Tnb-Visa (TV) / Target,
              C/O Financial & Retail Services,  Mailstop BV  P.O.Box 9475,  Minneapolis, MN 55440-9475
20145333     +EDI: WFNNB.COM Mar 09 2013 02:08:00      Victoria's Secret,  Attention: Bankruptcy,
              Po Box 182125,  Columbus, OH 43218-2125
20145336     +EDI: WFFC.COM Mar 09 2013 02:08:00      Wellsfargo,  800 Walnut St,  Des Moines, IA 50309-3605
20145337     +EDI: WFFC.COM Mar 09 2013 02:08:00      Wf Fin Bank,  Attention: Bankruptcy,  Po Box 10438,
              Des Moines, IA 50306-0438
20145338     +EDI: WFFC.COM Mar 09 2013 02:08:00      Wffinance,  800 Walnut St,  Des Moines, IA 50309-3504
20145340     +EDI: WFNNB.COM Mar 09 2013 02:08:00      Wfnnb/Ann Taylor,  Attention: Bankruptcy,
              P.O. Box 182685,  Columbus, OH 43218-2685
                                                                               TOTAL: 39


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20145282      Diamond Bank
20145260*    +Asset Acceptance Llc,  Po Box 1630,  Warren, MI 48090-1630
20145261*    +Asset Acceptance Llc,  Po Box 1630,  Warren, MI 48090-1630
20145263*    +Bank Of America,  Po Box 982235,  El Paso, TX 79998-2235
20145264*    +Bank Of America,  Po Box 982235,  El Paso, TX 79998-2235
20145268*    +Bk Of Amer,  Attn: Correspondence Unit/CA6-919-02-41,  Po Box 5170,
              Simi Valley, CA 93062-5170
20145269*    +Bk Of Amer,  Attn: Correspondence Unit/CA6-919-02-41,  Po Box 5170,
              Simi Valley, CA 93062-5170
20145270*    +Bk Of Amer,  Attn: Correspondence Unit/CA6-919-02-41,  Po Box 5170,
              Simi Valley, CA 93062-5170
20145271*    +Bk Of Amer,  Attn: Correspondence Unit/CA6-919-02-41,  Po Box 5170,
              Simi Valley, CA 93062-5170
20145272*    +Bk Of Amer,  Attn: Correspondence Unit/CA6-919-02-41,  Po Box 5170,
              Simi Valley, CA 93062-5170
20145275*    +Capital One,  Attn: Bankruptcy,  Po Box 30285,  Salt Lake City, UT 84130-0285
20145286*     Elan Financial Service,  Cb Disputes,  St Louis, MO 63166
20145291*    +GEMB / HH Gregg,  Attention: Bankruptcy,  Po Box 103104,  Roswell, GA 30076-9104
20145292*    +GEMB / HH Gregg,  Attention: Bankruptcy,  Po Box 103104,  Roswell, GA 30076-9104
20145289*    +Gecrb/gap,  Po Box 965005,  Orlando, FL 32896-5005
20145299*    +Grant & Weber,  26575 W. Agoura Rd.,  Calabasas, CA 91302-2975
20145300*    +Grant & Weber,  26575 W. Agoura Rd.,  Calabasas, CA 91302-2975
20145302*    +Hsbc Bank,  Po Box 5253,  Carol Stream, IL 60197-5253
20145305*    +Keybank Na,  Po Box 94825,  Cleveland, OH 44101-4825
20145306*    +Keybank Na,  Po Box 94825,  Cleveland, OH 44101-4825
20145318*    +Rnb-fields3/Macy's,  Macy's Bankruptcy Department,  Po Box 8053,  Mason, OH 45040-8053
20145321*    +Sams Club / GEMB,  Attention: Bankruptcy Department,  Po Box 103104,  Roswell, GA 30076-9104
20145322*    +Sams Club / GEMB,  Attention: Bankruptcy Department,  Po Box 103104,  Roswell, GA 30076-9104
20145331*   ++TOYOTA MOTOR CREDIT CORPORATION,  PO BOX 8026,  CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,  Toyota Financial Services,  Po Box 8026,
              Cedar Rapids, IA 52408)
20145332*   ++TOYOTA MOTOR CREDIT CORPORATION,  PO BOX 8026,  CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,  Toyota Financial Services,  Po Box 8026,
              Cedar Rapids, IA 52408)
20145326*    +Target Credit Card (TC),  C/O Financial & Retail Services,  Mailstop BT   P.O. Box 9475,
              Minneapolis, MN 55440-9475
20145328*    +Tcf Mortgage Corporati,  Attn: Legal Dept,  801 Marquette Ave,  Minneapolis, MN 55402-3475
20145339*    +Wffinance,  800 Walnut St,  Des Moines, IA 50309-3504
                                                                   TOTALS: 1, * 27, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: lrafacz          Page 3 of 4          Date Rcvd: Mar 08, 2013
                             Form ID: b9a            Total Noticed: 60

              ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2013**                    **Signature:** _____

```
District/off: 0752-1              User: lrafacz              Page 4 of 4              Date Rcvd: Mar 08, 2013
                                 Form ID: b9a               Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2013 at the address(es) listed below:
          David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          Edward C Pacilli    on behalf of Debtor Michael B Simon lmcino@hotmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```