B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–08950**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael B Simon
   795 Rosedale Ave.
   Roselle, IL 60172

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9900

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                   FOR THE COURT

Dated: <u>June 19, 2015</u>                            <u>Jeffrey P. Allsteadt, Clerk</u>
                                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 13-08950-DRC
Michael B Simon                                                 Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dgomez               Page 1 of 3          Date Rcvd: Jun 19, 2015
                              Form ID: b18               Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2015.
db           +Michael B Simon,   795 Rosedale Ave.,   Roselle, IL 60172-2959
tr           +David R Brown, ESQ,   Springer Brown, LLC,   400 South County Farm Road,   Suite 330,
               Wheaton, IL 60187-4547
20145256     +Aes/nct,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
20145257     +Amer Coll Co/ACC International,   Acc International,   919 Estes Ct.,
               Schaumburg, IL 60193-4427
20145267     +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
               Simi Valley, CA 93062-5170
20145276     +Ccs/cortrust Bank,   500 E 60th St N,   Sioux Falls, SD 57104-0478
20145281     +Citifinancial,   605 Munn Road,   Fort Mill, SC 29715-8421
20145285      Elan Financial Service,   Cb Disputes,   St Louis, MO 63166
20145297     +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
20145304     +Keybank Na,   Po Box 94825,   Cleveland, OH 44101-4825
20145307     ++LADCO LEASING,   7300 CHAPMAN HIGHWAY,   KNOXVILLE TN 37920-6612
              (address filed with court: Ladco Leasing,   555 St Charles Dr,   Suite 200,
               Thousand Oaks, CA 91360)
20145309     +Mage & Price,   707 Lake Cook Road,   Deerfield, IL 60015-5613
20245235     +Michael J. Goldstein,   Attorney at Law,   17 North State St.,   Chicago, IL 60602-3569
20145310      Mid Amer Fsl,   55th And Holmes,   Clarendon Hill, IL 60514
20145312     +Ncofin/79,   Pob 15943,   Wilmington, DE 19850-5943
20145314     +Pinnacle Credit Service,   Po Box 640,   Hopkins, MN 55343-0640
20145315     +Plaza Bank,   7460 W Irving Pk R,   Norridge, IL 60706-2187
20145317     +Rnb-fields3/Macy’s,   Macy’s Bankruptcy Department,   Po Box 8053,   Mason, OH 45040-8053
20145324     +Sentry Credt,   Po Box 12070,   Everett, WA 98206-2070
20145327     +Tcf Mortgage Corporati,   Attn: Legal Dept,   801 Marquette Ave,   Minneapolis, MN 55402-3475
20145334     +Village Bank,   3350 Bridge St Nw,   Saint Francis, MN 55070-9732
20145335     +Village Bank And Trust,   3350 Bridge St Nw,   Saint Francis, MN 55070-9732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BDRBROWN.COM Jun 20 2015 00:08:00      David R Brown, ESQ,   Springer Brown, LLC,
               400 South County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
20145258     +EDI: ACCE.COM Jun 20 2015 00:08:00      Asset Accept,   Po Box 1630,   Warren, MI 48090-1630
20145259     +EDI: ACCE.COM Jun 20 2015 00:08:00      Asset Acceptance Llc,   Po Box 1630,
               Warren, MI 48090-1630
20261193     +EDI: ATLASACQU.COM Jun 20 2015 00:08:00      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
20145265      EDI: BANKAMER.COM Jun 20 2015 00:08:00      Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,   Greensboro, NC 27410
20145262      EDI: BANKAMER.COM Jun 20 2015 00:08:00      Bank Of America,   Po Box 982235,
               El Paso, TX 79998
20145266      EDI: BANKAMER.COM Jun 20 2015 00:08:00      Bankamerica,   Mc: Nc4-105-03-14,
               4161 Piedmont Pkwy,   Greensboro, NC 27420
20145280      EDI: CITICORP.COM Jun 20 2015 00:08:00      Citibank Usa,
               Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,   Kansas City, MO 64195
20145273     +E-mail/Text: bankruptcy@cavps.com Jun 20 2015 00:40:21      Calvary Portfolio Services,
               Attention: Bankruptcy Department,   500 Summit Lake Dr. Suite 400,   Valhalla, NY 10595-1340
20145274     +EDI: CAPITALONE.COM Jun 20 2015 00:08:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
20145278      E-mail/Text: contact@csicollects.com Jun 20 2015 00:41:22      Certified Services Inc,
               1733 Washington St Ste 2,   Waukegan, IL 60085-5192
20145277      E-mail/Text: contact@csicollects.com Jun 20 2015 00:41:22      Certified Services Inc,
               Po Box 177,   Waukegan, IL 60079-0177
20145279     +EDI: CHASE.COM Jun 20 2015 00:08:00      Chase Mht Bk,   Attention: Bankruptcy,   Po Box 15298,
               Wilmington, DE 19850-5298
20145283      EDI: DISCOVER.COM Jun 20 2015 00:08:00      Discover Fin,   Po Box15316,   Wilmington, DE 19850
20145284     +EDI: TSYS2.COM Jun 20 2015 00:08:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
20145287     +E-mail/Text: bknotice@erccollections.com Jun 20 2015 00:40:03      Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20145290     +EDI: RMSC.COM Jun 20 2015 00:08:00      GEMB / HH Gregg,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
20145288     +EDI: RMSC.COM Jun 20 2015 00:08:00      Gecrb/gap,   Po Box 965005,   Orlando, FL 32896-5005
20145294     +EDI: RMSC.COM Jun 20 2015 00:08:00      Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
20145295     +EDI: RMSC.COM Jun 20 2015 00:08:00      Gemb/Mens Wearhouse,   Attn: bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
20145293     +EDI: RMSC.COM Jun 20 2015 00:08:00      Gemb/avb Buying Group,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
20145296     +EDI: RMSC.COM Jun 20 2015 00:08:00      Gembppbycr,   Gemb/Attn: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
20145298     +E-mail/Text: bknoticing@grantweber.com Jun 20 2015 00:40:01      Grant & Weber,
               26575 W. Agoura Rd.,   Calabasas, CA 91302-1958
20145301     +EDI: HFC.COM Jun 20 2015 00:08:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
20145303     +EDI: HFC.COM Jun 20 2015 00:08:00      Hsbc/saks,   140 W Industrial Dr,
               Elmhurst, IL 60126-1602
```

```
District/off: 0752-1           User: dgomez                Page 2 of 3                   Date Rcvd: Jun 19, 2015
                               Form ID: b18                Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20145308       +EDI: RESURGENT.COM Jun 20 2015 00:08:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
20145311       +EDI: MID8.COM Jun 20 2015 00:08:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
20145313       +E-mail/Text: bnc@nordstrom.com Jun 20 2015 00:39:20      Nordstrom FSB,
                 Attention: Account Services,   Po Box 6566,   Englewood, CO 80155-6566
20145316        EDI: PRA.COM Jun 20 2015 00:08:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
20145319       +EDI: NAVIENTFKASMSERV.COM Jun 20 2015 00:08:00      Sallie Mae,    Attn: Claims Department,
                 Po Box 9500,   Wilkes-Barre, PA 18773-9500
20145320       +EDI: RMSC.COM Jun 20 2015 00:08:00      Sams Club / GEMB,    Attention: Bankruptcy Department,
                 Po Box 103104,   Roswell, GA 30076-9104
20145323       +EDI: SEARS.COM Jun 20 2015 00:08:00      Sears/cbsd,   Po Box 6282,    Sioux Falls, SD 57117-6282
20145330        EDI: TFSR.COM Jun 20 2015 00:08:00      Toyota Motor Credit,    Toyota Financial Services,
                 Po Box 8026,   Cedar Rapids, IA 52408
20145325       +EDI: WTRRNBANK.COM Jun 20 2015 00:08:00      Target Credit Card (TC),
                 C/O Financial & Retail Services,    Mailstop BT   P.O. Box 9475,    Minneapolis, MN 55440-9475
20145329       +EDI: WTRRNBANK.COM Jun 20 2015 00:08:00      Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,    Minneapolis, MN 55440-9475
20145333       +EDI: WFNNB.COM Jun 20 2015 00:08:00      Victoria’s Secret,    Attention: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
20145336       +EDI: WFFC.COM Jun 20 2015 00:08:00      Wellsfargo,    800 Walnut St,   Des Moines, IA 50309-3605
20145337       +EDI: WFFC.COM Jun 20 2015 00:08:00      Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,
                 Des Moines, IA 50306-0438
20145338       +EDI: WFFC.COM Jun 20 2015 00:08:00      Wffinance,    800 Walnut St,   Des Moines, IA 50309-3504
20145340       +EDI: WFNNB.COM Jun 20 2015 00:08:00      Wfnnb/Ann Taylor,    Attention: Bankruptcy,
                 P.O. Box 182685,   Columbus, OH 43218-2685
                                                                                              TOTAL: 40

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20145282         Diamond Bank
20245229         Internal Revenue
20145260*       +Asset Acceptance Llc,   Po Box 1630,    Warren, MI 48090-1630
20145261*       +Asset Acceptance Llc,   Po Box 1630,    Warren, MI 48090-1630
20145263*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20145264*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20145268*       +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
20145269*       +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
20145270*       +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
20145271*       +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
20145272*       +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
20145275*       +Capital One,   Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
20145286*        Elan Financial Service,   Cb Disputes,    St Louis, MO 63166
20145291*       +GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
20145292*       +GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
20145289*       +Gecrb/gap,   Po Box 965005,    Orlando, FL 32896-5005
20145299*       +Grant & Weber,   26575 W. Agoura Rd.,    Calabasas, CA 91302-1958
20145300*       +Grant & Weber,   26575 W. Agoura Rd.,    Calabasas, CA 91302-1958
20145302*       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
20145305*       +Keybank Na,   Po Box 94825,    Cleveland, OH 44101-4825
20145306*       +Keybank Na,   Po Box 94825,    Cleveland, OH 44101-4825
20145318*       +Rnb-fields3/Macy’s,   Macy’s Bankruptcy Department,    Po Box 8053,   Mason, OH 45040-8053
20145321*       +Sams Club / GEMB,   Attention: Bankruptcy Department,    Po Box 103104,
                 Roswell, GA 30076-9104
20145322*       +Sams Club / GEMB,   Attention: Bankruptcy Department,    Po Box 103104,
                 Roswell, GA 30076-9104
20145331*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
20145332*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
20145326*       +Target Credit Card (TC),   C/O Financial & Retail Services,    Mailstop BT   P.O. Box 9475,
                 Minneapolis, MN 55440-9475
20145328*       +Tcf Mortgage Corporati,   Attn: Legal Dept,    801 Marquette Ave,   Minneapolis, MN 55402-3475
20145339*       +Wffinance,   800 Walnut St,   Des Moines, IA 50309-3504
                                                                                           TOTALS: 2, * 27, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: dgomez            Page 3 of 3              Date Rcvd: Jun 19, 2015
                              Form ID: b18            Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2015 at the address(es) listed below:

              Adham   Alaily    on behalf of Plaintiff    McGrath-Colosimo, Ltd. d/b/a McGrath Lexus of Chicago
               aalaily@ehrenbergeganlaw.com
              Adham   Alaily    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
               aalaily@ehrenbergeganlaw.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Edward C Pacilli    on behalf of Debtor Michael B Simon lmcino@hotmail.com
              Michael N Burke    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Samuel A Shelist    on behalf of Debtor Michael B Simon sshelist@shelistlawfirm.com
              Samuel A Shelist    on behalf of Defendant Michael B. Simon sshelist@shelistlawfirm.com
                                                                                             TOTAL: 8